**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LINN KAWASAKI,

Plaintiff

v.

LVGV, LLC,

Defendant

Case No.: 2:24-cv-02144-APG-BNW

**Order Denying Motion for Summary Judgment as Moot**

[ECF No. 18]

In light of the parties' notice of settlement (ECF No. 21),

I ORDER that the defendant's motion for summary judgment **(ECF No. 18) is DENIED as moot**, without prejudice to refile it if the settlement does not finalize.

DATED this 15th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE