WILSON ELSER

CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
JORGE A. RAMIREZ, ESQ.
Nevada Bar No 6787
E-mail: Jorge.Ramirez@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Linn Kawasaki, individually,<br>Plaintiff,<br>vs.<br>LVGV, LLC dba M Resort; and Does I-X; and Roe Business Entities I-X, inclusive<br>Defendant. | Case No.: 2:24-cv-2144<br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| | |
|---|---|
| RICHARD HARRIS LAW FIRM<br>BY: ______________<br>CLARK SEEGMILLER<br>Nevada Bar No. 3873<br>Attorneys for Linn Kawasaki | WILSON ELSER<br>BY: ______________<br>CHRIS J. RICHARDSON<br>Nevada Bar No. 9166<br>JORGE A. RAMIREZ<br>Nevada bar No. 6787<br>Attorneys for LVGV, LLC |

IT IS SO ORDERED:

Dated: November 12, 2026

______________
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE